IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:25-CV-46-FL

RUBY MCDUFFIE, )
)
             Plaintiff, )
)
    v. )
)           ORDER
THE HONORABLE TERENCE )
EMMERT, Acting Secretary Department of )
the Navy, )

            Defendant.


This matter is before the court on failure by plaintiff to respond to the court's order of deficiency, entered February 26, 2025, noting plaintiff did not file the following: proposed summons for issuance on United States Attorney General and United States Attorney Civil Process Clerk. The court warned that failure to respond within 14 days of the order's entry may result in dismissal of the action without prejudice. Where plaintiff did not respond, and the time for doing so has elapsed, the court DISMISSES WITHOUT PREJUDICE the instant action for failure to prosecute. The clerk is DIRECTED to close this case.

       SO ORDERED, this the 31st day of March, 2025.


                               LOUISE W. FLANAGAN
                               United States District Judge