UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RUBY MCDUFFIE )<br>    Plaintiff, )<br>v. )<br>   )<br>THE HONORABLE TERENCE EMMERT, )<br>Acting Secretary Department of the Navy, Agency )<br>    Defendant ) | **JUDGMENT**<br>No. 4:25-CV-46-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on failure to respond to court's order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 31, 2025 and for the reasons set forth more specifically therein, this case is dismissed for plaintiff's failure to prosecute.

**This Judgment Filed and Entered on March 31, 2025, and Copies To:**
Ruby McDuffie (via US mail) 337 Howard Blvd, Unit 1472, Newport, NC 28570

March 31, 2025      PETER A. MOORE, JR. CLERK

               /s/ Sandra K. Collins
              (By) Sandra K. Collins, Deputy Clerk